KRISTIN E. MEREDITH
Nevada Bar NO.: 011655
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
(702) 893-3383
FAX: (702) 893-3789
E-Mail: meredith@lbbslaw.com
*Attorneys for Defendant National Union*
*Fire Insurance Company of Pittsburgh, PA*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOE A. SALVADOR, SR. and JUDITH SALVADOR, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., a Pennsylvania corporation,<br><br>Defendant. | CASE NO. 2:10-cv-01237-PMP-LRL<br><br>STIPULATION AND ORDER TO DISMISS WITH PREJUDICE |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel of record, that Plaintiffs, Joe A. Salvador, Sr. and Judith Salvador's Complaint and all related claims in the above-entitled action against National Union Fire Insurance Company of Pittsburgh, PA shall be dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated this 10 day of ~~January~~ Feb, 2012.

/s/ Steven J. Parsons
Steven J. Parsons, Esq.
Law Offices of Steven J. Parsons
7201 W. Lake Mead Blvd., Ste. 108
Las Vegas, NV 89128-8354
*Attorneys for Plaintiffs*
*JOE A. SALVADOR, SR. and*
*JUDITH SALVADOR*

Dated this 10th day of ~~January~~ February, 2012.

/s/ Kristin E. Meredith
Kristin E. Meredith, Esq.
Nevada Bar No. 011655
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant National Union*
*Fire Insurance Company of Pittsburgh, PA*

4820-8568-2190.1

## ORDER

Upon stipulation of the parties, by and through their respective counsel of record,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs, Joe A. Salvador, Sr. and Judith Salvador's Complaint and all related claims in the above-entitled action against National Union Fire Insurance Company of Pittsburgh, PA are hereby dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

Dated this _ 16th day of February, 2012.

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

LEWIS BRISBOIS BISGAARD & SMITH LLP

_____
Kristin E. Meredith, Esq.
Nevada Bar No. 011655
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant National Union Fire Insurance Company of Pittsburgh, PA*

4820-8568-2190.1

2